UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-cv-00069-MOC

| | |
|---|---|
| **TERISA D. MOORE,** | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| **CAROLYN W. COLVIN,** Acting Commissioner of Social Security | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on defendant's Consent Motion for Remand (#11). Pursuant to sentence four of 42 U.S.C. § 405(g), this court may remand a case for further administrative proceedings and development. See Melkonyan v. Sullivan, 501 U.S. 89 (1991). In light of the defendant's Motion and plaintiff's consent, the court will grant the relief requested.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Consent Motion for Remand (#11) is **GRANTED** pursuant to sentence four of 42 U.S.C. § 405(g). The case is **REMANDED** for further administrative proceedings and development consistent with the agreement of the parties and this Order. The Clerk of Court is directed to enter a separate Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Signed: October 18, 2016



Max O. Cogburn Jr.
United States District Judge

-1-